1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ELMER GAMEZ-BUSTILLO,                    )
                                         )        Case No. 2:16-cv-01757-JCM-NJK
                      Plaintiff(s),      )
                                         )
vs.                                      )        ORDER
                                         )
LOWE'S HOME CENTERS, LLC,                )
                                         )
                      Defendant(s).      )
_____ )

Pending before the Court is the parties' proposed discovery plan. Docket No. 9. The discovery plan fails to include the required certifications. *See* Local Rule 26-1(b)(7), (8) (as amended May 1, 2016). The discovery plan also improperly states that requests for extension are due 20 days before the discovery cutoff. *But see* Local Rule 26-4 (requests for extension must be made 21 days before the subject deadline(s) sought to be extended). Accordingly, the discovery plan is **DENIED** and a proper discovery plan must be filed by August 30, 2016.

IT IS SO ORDERED.

DATED: August 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge